B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                                  Case No. _____

**Wentzel, Daniel Mark & Wentzel, Julia Lynn**                                          Chapter **7**
_____
                    Debtor(s)

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> Chase Mortgage | **Describe Property Securing Debt:** <br> Residence at: 833 Iowa Ave, Palisade, CO 81526 (Acquired 2001) |

Property will be *(check one)*:
☐ Surrendered  ☒ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☒ Other. Explain **Retain and pay pursuant to contract** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☒ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** <br> Western Rockies FCU | **Describe Property Securing Debt:** <br> 2003 Ford F-250 Pickup Truck in fair condition with 123,000 mile |

Property will be *(check one)*:
☐ Surrendered  ☒ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☒ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☒ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes  ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes  ☐ No |

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: ____**August 29, 2014**____          */s/ Daniel Mark Wentzel*_____
                                            Signature of Debtor

                                            */s/ Julia Lynn Wentzel*_____
                                            Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only